## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

GLORIA VIZCARRA,

    Plaintiff,

v.                                             CIV No. 16-1096 MV/CG

HECLA LIMITED, et al.,

    Defendants.

## ORDER TO SUBMIT CLOSING DOCUMENTS

At the status conference held on Tuesday, October 16, 2018, the parties informed the Court that the settlement in this matter is being finalized.

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents by **October 19, 2018**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE